**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FISHER ISLAND COMMUNITY ASSOCIATION, INC., and FISHER ISLAND CLUB, INC.,

Plaintiffs,

v.

MIAMI-DADE COUNTY, a political subdivision of the State of Florida,

Defendant.

Case No.: 1:26-cv-20379-BB

## JOINT STATUS REPORT

The parties jointly file this status report pursuant to this Court's August 11, 2026, Order staying the case and directing the parties to, on or before September 4, inform the Court of (1) the status of the parties' settlement discussions and (2) the advisability of continuing the stay. [ECF No. 61]. As explained below, the settlement discussions are ongoing, and the parties have continued to make progress in identifying areas of common ground and narrowing unresolved issues. The parties thus respectfully request that the Court maintain the stay for 60 additional days. In support thereof, they state as follows:

1. The Plaintiffs' complaint raises claims about the constitutionality of Miami-Dade County's potential use of eminent domain to acquire a fuel farm on Fisher Island that is currently the source of fuel for the Port of Miami. On June 11, 2026, the parties jointly moved for a stay so they could focus their efforts on settlement discussions that would resolve this litigation. [ECF No. 58]. After the Court granted the stay [ECF No. 59], the parties engaged in numerous productive in-person and Zoom meetings in attempt to resolve their dispute.

2. Most recently, on August 17 and 27, 2026, the Plaintiffs and Miami-Dade County held a mediation session with the title owner of the subject property, HRP Fisher Island, LLC, before Mediator John C. Lukacs, Sr., Esq., in attempt to reach an agreement among all parties that would resolve both this case and a parallel action in Miami-Dade Circuit Court. Since those sessions, the parties have continued productive settlement discussions. Although the parties have made progress, open issues remain and, in any event, any settlement agreement would require approval by the Board of County Commissioners of Miami-Dade County.

3. Should the parties resolve this matter, the County will submit the settlement agreement for its placement on the Board's agenda in accordance with its Rules of Procedure so that the proposed settlement agreement may be considered for approval. The Board's remaining regular meetings this year will occur on October 6, October 20, and November 17, 2026.

4. The parties agree that settlement discussions will be most productive if the stay continues while the parties focus their resources on amicably resolving this dispute and, thus, jointly request that the stay remain in place for an additional 60 days.

5. Should the Court grant this motion, the parties propose filing a status report on or before November 6, 2026. If the parties reach an impasse before that date, they will promptly notify the Court, and, if acceptable, propose a revised schedule.

6. The requested extension of the stay is made in good faith, not for purposes of delay, and will not prejudice any party or the Court.

WHEREFORE, the parties thus respectfully request that the Court extend the stay of this action for 60 additional days.

Dated: September 4, 2026

Respectfully Submitted,

**GERALDINE BONZON KEENAN**
**MIAMI-DADE COUNTY ATTORNEY**
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami, Florida 33128
(305) 375-5151

/s/ *Jason D. Sternberg*
Jason D. Sternberg (FBN 72887)
Osvaldo A. Rodriguez (FBN 1039307)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2601 South Bayshore Drive, Suite 1550
Miami, Florida 33133
Tel.: (305) 402-4880
Fax: (305) 901-2975
jasonsternberg@quinnemanuel.com
osvaldorodriguez@quinnemanuel.com

*Counsel for Plaintiffs*

/s/ *Miguel A. Gonzalez*
Miguel A. Gonzalez
Fla. Bar No. 31045
gmiguel@miamidade.gov
Zach Vosseler
Fla. Bar No. 1008856
zach@miamidade.gov
Christian Fernandez-Andes
Fla. Bar No. 1030759
christian.fernandez-andes@miamidade.gov
Nicholas Tricarico
Fla. Bar No. 1068916
nicholas.tricarico@miamidade.gov

*Counsel for Miami-Dade County*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ *Jason D. Sternberg*

Jason D. Sternberg
Florida Bar No. 72887
jasonsternberg@quinnemanuel.com